■ EDGAR A. PRUE, Respondent, v CITY OF SYRACUSE et al., Appellants, et al., Defendant.—Respondent's motion granted and appeal unanimously dismissed, without costs, as moot. (Appeal from order of Supreme Court, Onondaga County, Hayes, J.—wage garnishment.) Present—Dillon, P. J., Doerr, Green, O'Donnell and Pine, JJ. [124 Misc 2d 1036.]

■ NATIONWIDE MUTUAL FIRE INSURANCE COMPANY, Appellant, v JOHN W. CORDES, JR., et al., Respondents.—Order affirmed, with costs *(see, Hartford Fire Ins. Co. v Masternak,* 55 AD2d 472). All concur, Doerr, J., not participating. (Appeal from order of Supreme Court, Erie County, Marshall, J.—summary judgment.) Present—Dillon, P. J., Doerr, Green, O'Donnell and Pine, JJ.